```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK

------------------------------X
                              :
UNITED STATES OF AMERICA,     :
                              :   25-CR-54 (RPK)
        v.                    :
                              :   February 13, 2025
WEIHONG HU,                   :
                              :   Brooklyn, New York
            Defendant.        :
                              :
------------------------------X

        TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
            BEFORE THE HONORABLE JAMES R. CHO
               UNITED STATES MAGISTRATE JUDGE

APPEARANCES:
For the Government:        BREON PEACE, ESQ.
                           U.S. ATTORNEY
                           BY: ERIC SILVERBERG, ESQ.
                               MEREDITH ARFA, ESQ.
                           ASSISTANT U.S. ATTORNEYS
                           271 Cadman Plaza East
                           Brooklyn, New York  11201


For the Defendant:         ANDREA ZELLAN, ESQ.
                           Brafman & Associates, P.C.
                           256 Fifth Avenue, 2nd Floor
                           New York, NY 10001




Court Transcriber:         ARIA SERVICES, INC.
                           c/o Elizabeth Barron
                           274 Hovey Road
                           Milo, ME 04463
                           Aria@leinen.net




Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   | THE CLERK: Criminal cause for arraignment                    |
| 2   | on the indictment, U.S.A. v. Weihong Hu, case number         |
| 3   | 25-CR-54.                                                    |
| 4   | We do have the assistance of a Mandarin                      |
| 5   | interpreter, I think previously sworn. Let me just           |
| 6   | swear you.                                                   |
| 7   | (Interpreter is sworn.)                                      |
| 8   | THE CLERK: Your name for the record.                         |
| 9   | THE INTERPRETER: Good afternoon, your                        |
| 10  | Honor. Mandarin interpreter Tuo, T-u-o, Huang, H-u-a-        |
| 11  | n-g.                                                         |
| 12  | THE CLERK: Thank you very much, Mr. Huang.                   |
| 13  | Counsel, your name for the record. For the                   |
| 14  | government?                                                  |
| 15  | MS. ARFA: Good afternoon, your Honor.                        |
| 16  | Meredith Arfa for the government. With me is AUSA Eric       |
| 17  | Silverberg.                                                  |
| 18  | THE CLERK: Thank you.                                        |
| 19  | And for Ms. Hu.                                              |
| 20  | MS. ZELLAN: Andrea Zellan for the defendant                  |
| 21  | Weihong Hu.                                                  |
| 22  | THE CLERK: Thank you.                                        |
| 23  | THE COURT: All right, good afternoon,                        |
| 24  | everyone.                                                    |
| 25  | To confirm, are you Weihong Hu?                              |

                    THE DEFENDANT:  Yes.

                    THE COURT:  Okay.  Now, the purpose of today's proceeding is to make sure you understand your rights, what you are charged with, and to determine whether you should be released on bail or held in jail. You have the right to remain silent.  You're not required to make any statement.  If you've made a statement, you need not say anything more.  If you start to make a statement in the future, you can stop at any time.  Any statement you make may be used against you.  You also have a right to a lawyer.  If you can't afford one, the Court will appoint one for you.

                    You have been charged by a grand jury with the following counts:  Count 1, wire fraud conspiracy; Count 2, honest services wire fraud; Count 3, conspiracy to violate the Travel Act with overt acts; Count 4, use of facility or interstate facilities in aid of bribery; Count 5, money laundering conspiracy, and there are forfeiture allegations as well.

                    Ms. Hu, have you received a copy of this indictment or has your attorney explained it to you?

                    THE DEFENDANT:  Yes.

                    THE COURT:  Ms. Hu, have you had a chance to discuss these charges with your lawyer?

```
 1                THE DEFENDANT:  Yes.
 2                THE COURT:  Ms. Hu, do you understand the
 3   nature of the charges against you?
 4                THE DEFENDANT:  Yes.
 5                THE COURT:  Ms. Zellan, does your client
 6   want the charges read aloud or does she waive reading?
 7                MS. ZELLAN:  Your Honor, we waive the
 8   reading and enter a plea of not guilty on all counts.
 9                THE COURT:  Okay, understood.
10                Let me turn to the government.  Do we need
11   consular notification for this defendant?
12                MS. JOHNSON:  No, your Honor.
13                THE COURT:  All right.  Let me give the
14   government some warnings.  Pursuant to Federal Rule of
15   Criminal Procedure 5f, I remind the government of its
16   obligation under Brady v. Maryland and its progeny to
17   disclose to the defense all information known to the
18   government, whether admissible or not, that is
19   favorable to the defendant and material either to guilt
20   or to punishment.  The government must make good-faith
21   efforts to disclose such information to the defense as
22   soon as reasonably possible.  I will be entering an
23   order that more fully describes this obligation and the
24   consequences of failing to meet it, and I direct the
25   government to review and comply with that order.
```

```
 1                Does the government confirm that it
 2   understands its obligations and will fulfil them?
 3                MS. ARFA:  Yes, your Honor, the government
 4   understands its obligations.  We'll review your Honor's
 5   order once it is entered and will comply with its
 6   obligations and the order.
 7                THE COURT:  Okay, all right.  I understand
 8   there's a proposed bail package, is that right?
 9                MS. ARFA:  Yes, your Honor.  We have a
10   package on consent.  It provides for a twenty-million-
11   dollar bond secured by two properties, of which the
12   defendant is sole owner, with those properties to be
13   identified and posted by February 27th.  It also
14   provides for two financially responsible suretors, also
15   to be identified by February 27th, as well as standard
16   pretrial conditions.  And there I will note that we
17   already have Ms. Hu's passport.  It was provided
18   earlier today.  And we have agreed to limit travel to
19   the Eastern and Southern Districts.
20                THE COURT:  Okay, all right.  Ms. Zellan,
21   anything else you want to add in terms of the
22   conditions?
23                MS. ZELLAN:  No, your Honor.  I don't expect
24   that Pretrial is recommending anything out of the
25   ordinary.  If there is anything that's out of the usual
```

```
 1   conditions, I would just want to know what that is.
 2              UNIDENTIFIED SPEAKER:  Your Honor, the only
 3   special condition that we requested based on the
 4   interview with Ms. Hu was mental health evaluation and
 5   treatment.
 6              MS. ZELLAN:  Understood.  That's acceptable,
 7   your Honor.  No further concerns.
 8              THE COURT:  Okay.
 9              MS. ARFA:  And the government has no
10   objection to that.
11              THE COURT:  All right.  We don't have the
12   pretrial report yet, do we?
13              THE INTERPRETER:  No.
14              THE CLERK:  No.
15              THE INTERPRETER:  They just finished
16   speaking with the son so he was still updating it.
17              THE COURT:  Okay.
18              THE INTERPRETER:  But he did tell me that
19   the only special condition that would be requested was
20   mental health evaluation and treatment.
21              THE COURT:  Okay.  So Pretrial is
22   recommending release?
23              THE INTERPRETER:  Release on the standard
24   conditions with the addition of mental health
25   evaluation and treatment.
```

| | |
|---|---|
| 1 | THE COURT: All right. At this time, I'll |
| 2 | go ahead and approve the bond as proposed by the |
| 3 | parties, in the amount of twenty million dollars. |
| 4 | Ms. Hu, you'll be subject to pretrial |
| 5 | supervision. You're to surrender your passport and not |
| 6 | obtain any additional travel documents. You are not to |
| 7 | leave the Southern or Eastern Districts of New York, |
| 8 | and your lawyer can explain to you what territories |
| 9 | that covers. You're not to have any contact with |
| 10 | codefendants or coconspirators, except in the presence |
| 11 | of your lawyer, and have no contact with potential |
| 12 | victims in this case or witnesses as well. You are |
| 13 | also to undergo evaluation and treatment for any mental |
| 14 | health problems as directed by Pretrial Services. |
| 15 | I will allow the defendant to have two |
| 16 | suretors co-sign by February 27th, 2025 and to identify |
| 17 | and post the property by February 27th, 2025 as well. |
| 18 | Now let me give you some warnings, Ms. Hu. |
| 19 | Under our system, you don't have to put up any money |
| 20 | today, okay? It's only in the event that you violate |
| 21 | any terms of your release, the government may come |
| 22 | after you to recover the full twenty-million-dollar |
| 23 | bond and also to seize the two properties posted in the |
| 24 | bond as well, okay? |
| 25 | Now, if you fail to come to court as |

```
 1   directed, a warrant will be issued for your arrest, and
 2   you'll be held without bail until your trial.  If you
 3   fail to appear, you may be brought up on charges of
 4   bail jumping, which is a separate felony offense.  Even
 5   if you're not convicted of the underlying charge, if
 6   you're convicted of bail jumping, you could go to jail
 7   for that.  If you're convicted of both the underlying
 8   charge and of bail jumping, you could receive
 9   consecutive jail terms.  If you commit any crimes while
10   out on bail, you'll be subjected to increased
11   punishment.
12           So you are not to threaten or influence the
13   testimony of any witnesses against you.  You could be
14   punished for that as well.  So keep your attorney aware
15   of where you can be reached, appear in court as
16   directed, do not commit any crimes while you're out on
17   bail, and do not influence the testimony of any
18   witnesses against you.
19           Ms. Hu, can you comply with all of those
20   conditions of your release?
21           THE DEFENDANT:  Yes.
22           THE COURT:  Okay.  I will go ahead and
23   approve the bond as proposed by the parties.
24           I understand there's a request to exclude
25   time.
```

```
 1              MS. ARFA:  Yes, your Honor.  There is a
 2   request to exclude time until March 12th, which is when
 3   the initial status conference is scheduled before Judge
 4   Kovner.  The basis of that request is to afford the
 5   parties time to negotiate a protective order, for the
 6   government to produce discovery and for the defense to
 7   review that discovery, and for the parties to engage in
 8   please discussions.
 9              THE COURT:  All right.  Ms. Zellan, have you
10   discussed this request with your client?
11              MS. ZELLAN:  Yes, I have, your Honor, and we
12   consent.
13              THE COURT:  Do you believe it's in your
14   client's best interest to exclude time?
15              MS. ZELLAN:  I believe it is in her best
16   interest to exclude time today, your Honor.
17              THE COURT:  All right.  Ms. Hu, let me turn
18   to you.  Have you discussed with your lawyer your
19   request to exclude time?
20              THE DEFENDANT:  Yes.
21              THE COURT:  All right.  And do you know what
22   it means to exclude time?
23              THE DEFENDANT:  I know.
24              THE COURT:  All right. Ms. Hu, I want you
25   to understand -- I want to make sure you fully
```

```
 1  understand what you're agreeing to by consenting to
 2  this order of excludable delay.  Under the Constitution
 3  and laws of the United States, a defendant in a
 4  criminal case is entitled to a speedy trial.
 5  Specifically, by statute, a trial must begin within 70
 6  days of the latter of the unsealing of the indictment
 7  or the defendant's first appearance in the district of
 8  prosecution.  There are certain periods of time
 9  excluded from that 70-day calculation.
10           If the trial does not begin with 70 days,
11  that could form the basis for a motion to dismiss the
12  charges against both of you.  By agreeing to exclude
13  time from today, February 13th, until March 12th, 2025
14  from that 70-day calculation, you are in effect
15  agreeing that the speedy trial clock will not be
16  running at all during that period of time.  Therefore,
17  if I approve this exclusion and you later make a motion
18  to dismiss the charges on the grounds that you had not
19  been brought to trial within 70 days, you would not be
20  permitted to take into account in your calculation the
21  period of time from today, February 13th, to March 12th,
22  2025.
23           Do you understand everything I've just said
24  so far, Ms. Hu?
25           (Ms. Zellan is conferring with the
```

```
 1   defendant.)
 2              THE DEFENDANT:  Yes, understood.
 3              THE COURT:  All right.  Now, understanding
 4   what I've just said, do you still want me to approve
 5   this order of excludable delay?
 6              THE DEFENDANT:  Thank you, appreciate it.
 7              THE COURT:  I need to know yes or no, do you
 8   still want me to approve this order of excludable
 9   delay?
10              THE DEFENDANT:  Yes.
11              THE COURT:  All right.  Are you making this
12   decision voluntarily and of your own free will?
13              THE DEFENDANT:  Yes.
14              THE COURT:  Have any promises or threats
15   been made to you to get you to agree to this order of
16   excludable delay?
17              THE DEFENDANT:  No.
18              THE COURT:  All right.  I find that the
19   defendant's consent is knowing, intelligent, and
20   voluntary, and that excluding the specified period of
21   time serves the public interest.  I will go ahead and
22   approve the order of excludable delay, all right?
23              Ms. Arfa, anything else for the government
24   today?
25              MS. ARFA:  Yes, your Honor.  I would just
```

```
 1  like to put on the record that the government --
 2            UNIDENTIFIED SPEAKER:  Counsel, I believe
 3  your mic is not on.
 4            MS. ARFA:  Your Honor -- is that better?
 5            UNIDENTIFIED SPEAKER:  Thank you.
 6            MS. ARFA:  If I could just put on the record
 7  that the government has notified one of the victims in
 8  the case and has made efforts to notify the second
 9  victim.  We have not yet been able to make contact but
10  we will continue those efforts to provide such
11  notification.
12            THE COURT:  Okay.  Anything else for the
13  government?
14            MS. ARFA:  Nothing else, thank you, your
15  Honor.
16            THE COURT:  Ms. Zellan, anything else for
17  the defendant?
18            MS. ZELLAN:  Not at this time, your Honor.
19  Thank you very much.
20            THE COURT:  Okay, we are adjourned.  Have a
21  nice day, everyone.
22            MS. ARFA:  Thank you.
23                      * * * * * *
24
25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18     I certify that the foregoing is a correct
19 transcript from the electronic sound recording of the
20 proceedings in the above-entitled matter.
21
22
23 [signature]
24
25 ELIZABETH BARRON                           March 18, 2025