UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

       -v-                                                       NOTICE OF APPEARANCE

WEIHONG HU,                                  Docket No. 25-CR-54 (RPK)

                         Defendant.
---------------------------------------------------------X

      TO: CLERK OF COURT

      PLEASE TAKE NOTICE that EZRA LENT, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, is appearing for the Defendant WEIHONG HU in the above-captioned matter.

                                                                    _____
                                                                    Ezra Lent, Esq.
                                                                    Brafman & Associates, P.C.
                                                                    256 Fifth Avenue, 2nd Floor
                                                                    New York, NY 10001
                                                                    Phone: (212) 750-7800
                                                                    Fax: (212) 750-3906
                                                                    E-mail: elent@braflaw.com

Dated:  May 2, 2025
          New York, NY