# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

ANDREW STEBBINS

EZRA E. LENT

March 4, 2026

**VIA ECF**
Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

## LETTER-MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

### Re: *USA v. Medina et al.* 25 Cr. 54 (RPK)

Dear Judge Kovner:

Defendant Weihong Hu, through undersigned counsel, respectfully moves this Court, on consent, to modify the conditions of pretrial release set forth in the Court's Order dated March 4, 2025.

Hu was released on a $20 million personal recognizance bond secured by three properties she owns, as adopted from the parties' recommended bail package.

Hu seeks the following changes:

1. Reduction of the bond amount from $20 million to $5 million;
2. Replacement of the three securing properties with one property valued at $5 million, to secure the reduced $5 million personal recognizance bond; and
3. All other conditions of release to remain in full force and effect.

A Proposed Order in Microsoft Word format is attached hereto for the Court's consideration.

BRAFMAN & ASSOCIATES, P.C.

Hu requests that the Court grant this motion on submission, as the modification is consented to by the parties and does not require a hearing.

Respectfully submitted,

*Ezra E. Lent*

Ezra E. Lent

March 4, 2026

cc: AUSA Eric Silverberg (via ECF)