BGK:CSK:AP
F. #2021R00664

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

JULIO MEDINA,
CHRISTOPHER DANTZLER and
WEIHONG HU,

          Defendants.

– – – – – – – – – – – – – – – –X

BILL OF PARTICULARS

25-CR-54 (S-1) (RPK)

      The United States of America, by and through JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, and Claire S. Kedeshian, Assistant United States Attorney, hereby files, pursuant to Federal Rules of Criminal Procedure Rule 7(f) and Rule 32.2(a), the following Bill of Particulars for Forfeiture of Property.

      The above-captioned Superseding Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), 982(a)(1), and 982(b)(1), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), in connection with Counts One through Five of the Superseding Indictment. The United States hereby gives notice to the defendants that the United States is seeking forfeiture of the following assets pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(b)(1), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), as to Count One through Five of the Superseding Indictment:

          (i)     approximately $276,900.00 in United States currency seized by law enforcement on or about February 13, 2025, in Baldwin, New York;

(ii)    the real property and premises located at 3255 Northeast 184th Street, Unit 12511, Aventura, Florida 33160, Parcel ID # 28-2203-063-2410, together with its appurtenances, improvements, fixtures, easements, furnishings, parking spaces, and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto;

(iii)   the real property and premises located at 2801 Northeast 183rd Street Unit 717W, Aventura, Florida 33160, Parcel ID # 28-2203-027-1050, together with its appurtenances, improvements, fixtures, easements, furnishings, parking spaces, and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto;

(iv)    the real property and premises located at 3486 Bertha Drive, Baldwin, New York 11510, Block # 590, Lot # 4, together with its appurtenances, improvements, fixtures, easements, furnishings and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto;

(v)     the real property and premises located at 514 Vischer Ferry Road, Clifton Park, New York 12065, Parcel ID # 412400 270-2-34, together with its appurtenances, improvements, fixtures, easements, furnishings and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto; and

(vi)    the real property and premises located at 946 Saint Nicholas Ave, New York, New York 10032, Block # 2108, Lot # 8, together with its appurtenances, improvements, fixtures, easements, furnishings and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto.

2

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Brooklyn, New York
May 8, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:   /s/ Claire S. Kedeshian
Claire S. Kedeshian
Eric W. Silverberg
Meredith A. Arfa
Sean M. Sherman
Assistant U.S. Attorneys
(718) 254-6051 / 6365 / 6025 / 6262

To:   All Counsel of Record (by ECF)

3